MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 4-11-70365 MAG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER OF DETENTION |
| PHILLIP LAUGHLIN, | ) | |
| Defendant. | ) | |

## I.  DETENTION ORDER

Following a hearing under 18 U.S.C. § 3142(f), considering the factors set forth in section 3142(g), and for the reasons stated on the record in open court, the Court finds that in this presumption case, *see* section 3142(e)(3)(A), no condition or combination of conditions in section 3142(c) will reasonably assure the defendant's appearance in this case or the safety of any other person or the community.  In particular, the court was concerned that the defendant apparently fled the Northern District of Georgia based on his knowledge of federal charges, spent time here (despite a minor child in George), and evaded arrest when he was found in the Northern District of California.  These facts, the government's proffer, and the bail study all

support the conclusion that no conditions will reasonably assure the defendant's appearance in these proceedings or the safety of any other person or the community.

This conclusion is based only on the facts before the court, and the court issues this detention order without prejudice to the defendant's revisiting the issue of detention either here or in the Northern District of Georgia.

## II.  CONCLUSION

The court detains the defendant as a danger to the community and as a flight risk without prejudice to his raising the bail issue at a future hearing and excludes time under the Speedy Trial Act as set forth in the previous section.  The Court orders the defendant committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal.  *See* 18 U.S.C. § 3142(i)(2).  The defendant must be afforded a reasonable opportunity to consult privately with counsel.  *See id.* § 3142(i)(3).  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance.  *See id.* § 3142(i)(4).

IT IS SO ORDERED.

Dated: April 18, 2011

LAUREL BEELER
United States Magistrate Judge

[PROPOSED] ORDER OF DETENTION
CR 4-11-70365 MAG                             -2-